STATE OF MAINE                                    SUPERIOR COURT
CUMBERLAND, ss                                    CRIMINAL ACTION
                                                  DOCKET NO. CR-11-0187

STATE OF MAINE

v.                                                ORDER ON MOTION
                                                  TO SUPPRESS
DARYL BROWN,

        Defendant

The defendant seeks to suppress evidence obtained as a result of the stop of the vehicle operated by the defendant on 11/3/10. The defendant argues that the officer lacked specific and articulable facts to justify the stop or to order the defendant to get out of his vehicle. For the following reasons, the motion is denied.

FINDINGS OF FACT

Cumberland County Deputy Sheriff Sergeant Trevor Cote was on duty on 11/3/10 when he received a call from dispatch. A civilian witness had called with concerns about a Toyota pick-up truck that was swerving and could not maintain its speed.[1] The truck was reported to have turned on the Moody Road.

Deputy Sheriff Cote checked the registration given to him, which revealed an address of Steep Falls. Deputy Sheriff headed to the address. Five minutes later, he made contact with the truck on the Boundary Road, which is close to the Moody Road. The registration and description of the Toyota truck matched the information from dispatch.

Deputy Sheriff Cote followed the truck for three or four tenths of a mile.

---

[1] Some of the information provided to Deputy Cote by dispatch was not captured on the dispatch audiotape.

He observed the truck swerve to the right side of the road and then to the left side of the road. Both driver side tires crossed the centerline by approximately one foot. Deputy Cote decided to stop the truck and activated the blue lights on his marked cruiser.

Deputy Cote approached the truck after the truck pulled off the road. He could detect an odor of an intoxicating beverage when the operator, the defendant, spoke. Deputy Cote asked the defendant to step out of the truck. because Deputy Cote intended to ask the defendant to perform field sobriety tests.

CONCLUSIONS OF LAW

Because the information provided by the civilian witness with regard to the description, registration, location, and operation of the truck was verified by the deputy's observations, the deputy had "specific and articulable facts sufficient to warrant the stop." State v. Lafond, 2002 ME 124, ¶¶ 6, 9, 802 A.2d 425, 428-29; see also State v. McDonald, 2010 ME 102, ¶ 9, 6 A.3d 283, 285-86. Further, based on the operation of the truck and the odor of an intoxicating beverage coming from the defendant, the deputy had specific and articulable facts sufficient to warrant the field sobriety tests. State v. Wood, 662 A.2d 919, 920 (Me. 1995); see also State v. King, 2009 ME 14, ¶¶ 6, 9, 965 A.2d 52, 53-54.

The entry is

The Motion to Suppress is DENIED.

Date: May 26, 2011

Nancy Mills
Justice, Superior Court

STATE OF MAINE
vs
DARYL A BROWN
150 BOUNDRY RD
STANDISH ME 04084

Docket No    CUMCD-CR-2011-00187

**DOCKET RECORD**

DOB: 12/10/1987
Attorney:    JAMES BOULOS                    State's Attorney:    CHRISTINE THIBEAULT
             THE BOULOS LAW FIRM
             PO BOX 856
             75 NORTH ST
             SACO ME 04072-0856
             RETAINED 01/11/2011

**Charge(s)**

1    OPERATING UNDER THE INFLUENCE                        11/03/2010    STANDISH
Seq 11493          29-A  2411(1-A)(A)          Class D
COTE                                    /    CUM
2    OPERATING UNDER THE INFLUENCE                        11/03/2010    STANDISH
Seq 11493          29-A  2411(1-A)(A)          Class D
COTE                                    /    CUM

**Docket Events:**

01/07/2011  Charge(s):  1,2
            TRANSFER - PERMANENT TRANSFER EDI ON 01/07/2011 @ 18:00

            TRANSFERRED CASE: SENDING COURT CASEID BRIDCCR201000810
            FILING DOCUMENT - NON CASH BAIL BOND FILED ON 11/05/2010

            Charge(s):  1
            HEARING - ARRAIGNMENT SCHEDULED FOR 12/21/2010 @ 8:30

            NOTICE TO PARTIES/COUNSEL
            Charge(s):  1
            HEARING - ARRAIGNMENT HELD ON 12/21/2010
            JEFF  MOSKOWITZ , JUDGE
            DEFENDANT INFORMED OF CHARGES.  21 DAYS TO FILE MOTIONS
            BAIL BOND - $2,500.00 UNSECURED BAIL BOND FILED ON 11/05/2010

            Bail Amt:  $2,500
            Date Bailed:   11/03/2010
            BAIL BOND - UNSECURED BAIL BOND TRANSFERRED ON 01/07/2011

            Date Bailed:   11/03/2010
            Charge(s):  1,2
            SUPPLEMENTAL FILING - COMPLAINT FILED ON 12/13/2010

            Party(s):    DARYL A BROWN
            ATTORNEY - APPOINTED ORDERED ON 12/21/2010

            Attorney: JAMES HEWES
            Charge(s):  1,2
            PLEA - NOT GUILTY ENTERED BY DEFENDANT ON 12/21/2010

            NOTE - OTHER CASE NOTE ENTERED ON 12/21/2010

            HEARING: 3-15-11
            Charge(s):  1,2

FINDING - PERMANENT TRANSFER TRANSFERRED ON 01/07/2011
CAROLYN HELWIG , ASSOCIATE CLERK
CUMCD
01/11/2011 Charge(s): 1,2
TRANSFER - TRANSFER FOR JURY TRIAL RECVD BY COURT ON 01/10/2011
TERESA SAWYER-BLACK , ASSISTANT CLERK
BRIDC CR-10-810
01/11/2011 HEARING - DISPOSITIONAL CONFERENCE SCHEDULED FOR 03/15/2011 @ 9:30 in Room No. 7

01/11/2011 HEARING - DISPOSITIONAL CONFERENCE NOTICE SENT ON 03/04/2011

01/11/2011 Charge(s): 1,2
TRIAL - JURY TRIAL SCHEDULED FOR 04/25/2011 @ 8:30 in Room No. 11

NOTICE TO PARTIES/COUNSEL
01/12/2011 Party(s): DARYL A BROWN
ATTORNEY - RETAINED ENTERED ON 01/11/2011

Attorney: JAMES BOULOS
01/14/2011 Charge(s): 1,2
MOTION - MOTION FOR WITHDRAWAL OF CNSL FILED BY COUNSEL ON 01/14/2011

Attorney: JAMES HEWES
01/20/2011 Charge(s): 1,2
MOTION - MOTION FOR WITHDRAWAL OF CNSL GRANTED ON 01/18/2011
JEFF MOSKOWITZ , JUDGE
COPY TO PARTIES/COUNSEL
01/20/2011 Party(s): DARYL A BROWN
ATTORNEY - WITHDRAWN ORDERED ON 01/18/2011

Attorney: JAMES HEWES
03/15/2011 HEARING - DISPOSITIONAL CONFERENCE HELD ON 03/15/2011
JOYCE A WHEELER , JUSTICE
Attorney: JAMES BOULOS
DA: ANGELA CANNON
MOTIONS FILED HEARING SET 3/24/11
03/15/2011 MOTION - MOTION TO SUPPRESS FILED BY DEFENDANT ON 03/15/2011

03/15/2011 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 03/24/2011 @ 1:00 in Room No. 8

NOTICE TO PARTIES/COUNSEL                                                       X 2
03/15/2011 MOTION - MOTION FOR DISCOVERY FILED BY DEFENDANT ON 03/15/2011

03/15/2011 HEARING - MOTION FOR DISCOVERY SCHEDULED FOR 03/24/2011 @ 1:00 in Room No. 8

NOTICE TO PARTIES/COUNSEL
03/25/2011 HEARING - MOTION FOR DISCOVERY CONTINUED ON 03/24/2011
PAUL E EGGERT , JUDGE
03/25/2011 HEARING - MOTION FOR DISCOVERY SCHEDULED FOR 04/07/2011 @ 1:00 in Room No. 8

NOTICE TO PARTIES/COUNSEL
03/25/2011 HEARING - MOTION FOR DISCOVERY NOTICE SENT ON 03/24/2011

03/25/2011  HEARING - MOTION TO SUPPRESS CONTINUED ON 03/24/2011

PAUL E EGGERT , JUDGE

03/25/2011  HEARING - MOTION TO SUPPRESS SCHEDULED FOR 04/07/2011 @ 1:00 in Room No. 8


NOTICE TO PARTIES/COUNSEL

03/25/2011  HEARING - MOTION TO SUPPRESS NOTICE SENT ON 03/25/2011


03/25/2011  MOTION - MOTION FOR SANCTIONS FILED BY DEFENDANT ON 03/24/2011


Attorney: JAMES BOULOS

03/25/2011  MOTION - MOTION FOR SANCTIONS DENIED ON 03/24/2011

PAUL E EGGERT , JUDGE
DENIED PARTIALLY

03/25/2011  MOTION - MOTION FOR SANCTIONS GRANTED ON 03/24/2011

PAUL E EGGERT , JUDGE
SANCTION IS THAT STATE NEEDS TO PROVIDE DISCOVERY OF RADIO TRANSCRIPT BY 4/1/11 AND HEARING IS
CONTINUED 4/7/11 AT 1PM.

04/07/2011  MOTION - MOTION TO CONTINUE FILED BY STATE ON 04/07/2011


SLV

04/07/2011  MOTION - MOTION TO CONTINUE GRANTED ON 04/07/2011

THOMAS D WARREN , JUSTICE
COPIES TO PARTIES/COUNSEL                                    SLV TAPE 2708

04/11/2011  HEARING - MOTION TO SUPPRESS CONTINUED ON 04/07/2011

THOMAS D WARREN , JUSTICE

04/11/2011  HEARING - MOTION TO SUPPRESS SCHEDULED FOR 05/05/2011 @ 1:00 in Room No. 8


NOTICE TO PARTIES/COUNSEL

04/11/2011  HEARING - MOTION TO SUPPRESS NOTICE SENT ON 04/10/2011


04/11/2011  HEARING - MOTION FOR DISCOVERY CONTINUED ON 04/07/2011

THOMAS D WARREN , JUSTICE

04/11/2011  HEARING - MOTION FOR DISCOVERY SCHEDULED FOR 05/05/2011 @ 1:00 in Room No. 8


NOTICE TO PARTIES/COUNSEL

04/11/2011  HEARING - MOTION FOR DISCOVERY NOTICE SENT ON 04/10/2011


04/11/2011  Charge(s): 1,2
TRIAL - JURY TRIAL CONTINUED ON 04/07/2011

THOMAS D WARREN , JUSTICE

04/11/2011  TRIAL - JURY TRIAL SCHEDULED FOR 05/16/2011 @ 8:30 in Room No. 11


NOTICE TO PARTIES/COUNSEL

05/05/2011  MOTION - MOTION FOR DISCOVERY GRANTED ON 05/05/2011


COPY TO PARTIES/COUNSEL                                    BY AGREEMENT

05/05/2011  HEARING - MOTION FOR DISCOVERY NOT HELD ON 05/05/2011


05/05/2011  HEARING - MOTION TO SUPPRESS HELD ON 05/05/2011

NANCY MILLS , JUSTICE
DA: ANGELA CANNON

Defendant Present in Court
TP 2783 INDEX 2523-3300
05/05/2011 MOTION - MOTION TO SUPPRESS UNDER ADVISEMENT ON 05/05/2011
NANCY MILLS , JUSTICE
05/05/2011 CASE STATUS - CASE FILE LOCATION ON 05/05/2011
TRICIA KELLEY , ASSISTANT CLERK-E
FILE WITH J. MILLS - MOTION UNDER ADVISEMENT
05/10/2011 TRIAL - JURY TRIAL NOT HELD ON 05/10/2011

05/10/2011 Charge(s): 1,2
TRIAL - JURY TRIAL SCHEDULED FOR 05/23/2011 @ 8:30 in Room No. 11

NOTICE TO PARTIES/COUNSEL
05/10/2011 Charge(s): 1,2
TRIAL - JURY TRIAL NOTICE SENT ON 05/10/2011

JH
06/06/2011 ORDER - COURT ORDER FILED ON 06/06/2011
NANCY MILLS , JUSTICE
THE MOTION TO SUPPRESS IS DENIED
06/06/2011 MOTION - MOTION TO SUPPRESS DENIED ON 06/06/2011
NANCY MILLS , JUSTICE
COPY TO PARTIES/COUNSEL

A TRUE COPY
ATTEST: _____
Clerk